and that it is used for holding and carrying tobacco for the convenience of pipe smokers. On the record presented the claim at 60 percent under paragraph 1552 was sustained as to one item.

No. 40736.—Protest 957534–G of Robert Coleman (Cleveland).

Opinion by SULLIVAN, J. There was testimony that the article is designed for desk or table use. The claim at 60 percent under paragraph 1552 was therefore sustained.

No. 40737.—Protest 961753–G of T. E. Woodhull (San Francisco).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of United States v. Perry (25 C. C. P. A. 282, T. D. 49395) the chicken rings in question were held free of duty under paragraph 1604 as claimed.

No. 40738.—Protest 901256–G of David P. Barry Corp. (New York).

Opinion by SULLIVAN, J. For the reason that these articles are not in chief value of metal it was held that the collector's classification under paragraph 1527 (c) cannot be sustained. On the record presented and in view of United States v. Doragon (13 Ct. Cust. Appls. 182, T. D. 41051) and United States v. Cohn (19 C. C. P. A. 137, T. D. 45259) the leather cuff links in question were held properly classified under paragraph 1527 (a).

No. 40739.—Protests 939008–G, etc., of Anco Import Co. et al. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel transparent glass beads similar to those the subject of Abstract 39360, wooden beads similar to those the subject of Abstract 38617, and black glass beads similar to those the subject of Abstract 35495 were held dutiable at 35 percent under paragraph 1503 as claimed.

No. 40740.—Protest 929840–G of S. Lisk & Bro. (New York).

Opinion by SULLIVAN, J. The protest was overruled as insufficient to cover the particular merchandise in question.

No. 40741.—Protests 941631–G, etc., of Butler Bros. (Seattle).

Opinion by SULLIVAN, J. The protests were dismissed.

No. 40742.—Protests 942444–G, etc., of Balfour, Guthrie & Co. et al. (New York, etc.).

Opinion by SULLIVAN, J. On the records presented the protests were overruled.